No. State 57. LEAHY, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 216 N. W. 2d 47.)

ERROR to review a judgment entered September 8, 1972, and an order entered January 2, 1973, of the circuit court for Milwaukee county: CHRIST T. SERAPHIM, Circuit Judge.

Criminal law. Forgery. Sentence appropriateness.

The cause was submitted for the plaintiff in error on the brief of *Patrick J. Devitt,* Legal Aid Society of Milwaukee, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Judgment and order affirmed.